

FILED

07/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0157

_____

360 RECLAIM, LLC, a Montana limited liability
Company,

       Plaintiff and Appellee,

  v.

WILLIAM M. RUSSELL, an individual, and
MOUNTAIN VIEW INVESTMENTS, L.C., an Idaho
limited liability company,

       Defendants.

WILLIAM M. RUSSELL,

       Plaintiff and Appellant,

  v.

360 RECLAIM, LLC, a Montana limited liability
company,

       Defendant, Counter-Plaintiff,
       Third-Party Plaintiff and Appellee,

  v.

WILLIAM M. RUSSELL,

       Counter-Defendant and Appellant,

  and

U.S. TREASURY by and through the INTERNAL
REVENUE SERVICE,

       Third-Party Defendant.

_____

O R D E R

FILED

JUL 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's motion for extension of time, and good cause
appearing,

IT IS HEREBY ORDERED that Appellant has until July 31, 2021, within which to file his opening brief.

DATED this 1 day of July, 2021.

For the Court,

_____
Chief Justice